AO 450 (Rev. 11/11) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ZACHARY CLARK
*on behalf of himself and all others similarly situated*

Plaintiff

v.

VALPARAISO UNIVERSITY

Defendant

Civil Action No. 2:25-cv-451

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* ________________________________________recover from the defendant *(name)* ___________________________________ the amount of ________________________________ dollars ($______), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________________________________ recover costs from the plaintiff *(name)* _________________.

**X** other: This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

This action was (*check one*):

☐ tried by a jury with Judge ______________ presiding, and the jury has rendered a verdict.

☐ tried by Judge _________________ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on the Defendant's Motion to Dismiss.

DATE: 7/10/2026

*Chanda J. Berta, Clerk of Court*

by /s/E. Yike
*Signature of Clerk or Deputy Clerk*